932 A.2d 873

**Allen LOMAX, Realtor, Petitioner,**

v.

**Thomas CORBETT, Attorney Gen for the Commonwealth of Pennsylvania, James T. Wynder, Superintendent at S.C.I.D., 1000 Follies Road, Dallas, PA 18612, Respondents.**

**No. 93 EM 2007.**

Supreme Court of Pennsylvania.

Aug. 31, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.